# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KHANAY YANCEY,<br><br>　　Plaintiff,<br><br>v.<br><br>GREGORY TILLMAN, in his individual capacity as an officer for the CLAYTON COUNTY POLICE DEPARTMENT, and CLAYTON COUNTY, GA,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:20-CV-03269 |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Tillman appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered on September 29, 2023 (Doc. 128), declining to consider and extend him qualified immunity as to Plaintiff's 42 U.S.C. § 1983 claims which were the subject of Plaintiff's Motion for Partial Summary Judgment. (Doc. 101-2) and which qualified immunity Tillman asserted in opposition to that Motion (Doc. 115). The Eleventh Circuit has jurisdiction to review the District Court's denial of qualified immunity pursuant to 28. U.S.C. § 1291. <u>Behrens v. Pelletier</u>, 516 U.S. 299, 312,116 S. Ct. 834, 842

(1996); <u>Mitchell v. Forsyth</u>, 472 U.S. 511, 530, 105 S. Ct. 2806, 2817 (1985); <u>Stanley v. City of Dalton, Ga.</u>, 219 F.3d 1280, 1286 (11th Cir. 2000).

Respectfully submitted this 30th day of October, 2023.

                HALL BOOTH SMITH, P.C.

                */s/ Jacob Stalvey O'Neal*
                R. DAVID WARE
                Georgia Bar No. 737756
                PHILLIP E. FRIDUSS
                Georgia Bar No. 277220
                JACOB STALVEY O'NEAL
                Georgia Bar No. 877316
                ***Counsel for Defendant***
                ***Officer Gregory Tillman***

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
pfriduss@hallboothsmith.com

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D for the Northern District of Georgia, the undersigned counsel for Defendant certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B and C.

Respectfully submitted this 30th day of October, 2023.

                                      HALL BOOTH SMITH, P.C.

                                      /s/ Jacob Stalvey O'Neal
                                      R. DAVID WARE
                                      Georgia Bar No. 737756
                                      PHILLIP E. FRIDUSS
                                      Georgia Bar No. 277220
                                      JACOB STALVEY O'NEAL
                                      Georgia Bar No. 877316
                                      ***Counsel for Defendant***
                                      ***Officer Gregory Tillman***

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
dware@hallboothsmith.com
pfriduss@hallboothsmith.com
joneal@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KHANAY YANCEY,<br><br>    Plaintiff,<br><br>v.<br><br><br>GREGORY TILLMAN, in his individual capacity as an officer for the CLAYTON COUNTY POLICE DEPARTMENT, and CLAYTON COUNTY, GA,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:20-CV-03269 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case with a true and correct copy of the foregoing Notice of Appeal upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Tanya F. Miller, Esq.<br>**Dubose Miller, LLC**<br>75 14th Street, NE, Suite 2110<br>Atlanta, GA 30309<br>miller@dubosemiller.com | A. Ali Sabzevari, Esq.<br>**Freeman Mathis & Gary, LLP**<br>661 Forest Parkway, Suite E<br>Forest Park, GA 30297<br>asabzevari@fmglaw.com |

Respectfully submitted this 30th day of October, 2023.

                                        HALL BOOTH SMITH, P.C.

                                        /s/ Jacob Stalvey O'Neal
                                        R. DAVID WARE
                                        Georgia Bar No. 737756
                                        PHILLIP E. FRIDUSS
                                        Georgia Bar No. 277220
                                        JACOB STALVEY O'NEAL
                                        Georgia Bar No. 877316
                                        ***Counsel for Defendant***
                                        ***Officer Gregory Tillman***

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
dware@hallboothsmith.com
pfriduss@hallboothsmith.com
joneal@hallboothsmith.com